IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN LIPSHUTZ,<br>    Plaintiff,<br>v.<br><br>TRANS UNION, LLC, EXPERIAN, INFORMATION SOLUTIONS, Inc., EQUIFAX INFORMATION SERVICES, LLC, ARS ACCOUNT RESOLUTION SERVICES AND AMERICOLLECT INC.<br><br>    Defendants | : <br> : CIVIL ACTION <br> : <br> : <br> : NO. 2:19-cv-01514-GAM <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(ii)**

It is hereby stipulated by and between Plaintiff, Susan Lipschutz (incorrectly identified as Susan Lipshutz) ("Plaintiff"), and Defendant, ARS Account Resolution Services ("Defendant"), that Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

              **THE KIM LAW FIRM LLC**

              /s/ Richard H. Kim
      By: RICHARD H. KIM, ESQUIRE
         1635 Market Street, Suite 1600
         Philadelphia, PA 19103
         855-996-6342; (fax) 855-235-5855
         rkim@thekimlawfirmllc.com
         Attorney for Plaintiff

              **KAUFMAN DOLOWICH & VOLUCK, LLP**

      By: */s/ Monica M. Littman*
         RICHARD J. PERR, ESQUIRE
         MONICA M. LITTMAN, ESQUIRE
         Four Penn Center
         1600 John F. Kennedy Blvd., Suite 1030
         Philadelphia, PA 19103
         (215) 501-7002; Fax (215) 405-2973
         rperr@kdvlaw.com; mlittman@kdvlaw.com
Dated:  May 14, 2020     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing via ECF on the following:

Richard H. Kim, Esquire
THE KIM LAW FIRM LLC
1635 Market Street, Suite 1600
Philadelphia, PA 19103
rkim@thekimlawfirmllc.com
*Attorney for Plaintiff*

Jessica Reilly, Esquire
CLARK HILL PLC
2001 Market Street, Suite 2620
Two Commerce Square
Philadelphia, PA  19103
jreilly@clarkhill.com
*Attorney for Defendant Equifax Information Services, LLC*

/S/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE

Dated:  May 14, 2020